**Order entered February 5, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00818-CV

### IN RE DEBRA BLACKWELL, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-50066-2018**

### ORDER

Based on the Court's opinion of this date, we **GRANT** relator Debra Blackwell's January 26, 2021 unopposed motion to dismiss this original proceeding.

We **DISMISS** this original proceeding.

Each party shall bear its own costs of this original proceeding.

/s/     LESLIE OSBORNE
        JUSTICE